**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**JESSE ALBERT SANCHEZ.**

Defendant.

CR NO: 2:26-CR-0143-JAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Jesse Albert Sanchez

Detained at Clark County Detention Center – North

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint

charging detainee with: 21 U.S.C. § § 846, 841(a)(1)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

***Appearance is necessary FORTHWITH in the Eastern District of California.***

Signature: */s/ David Spencer*

Printed Name & Phone No: AUSA David W. Spencer, 916-554-2700

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if n/a

Booking or CDC #:

Facility Address: 4916 N Sloan Ln, Las Vegas, NV 89115

Facility Phone:

Currently Clark County Detention Center – North

☒Male ☐Female

DOB: 10/20/1998

Race:

FBI#:

## RETURN OF SERVICE

Executed on:

(signature)