ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS VILLEGAS-FLETES, and<br>JESSE ALBERT SANCHEZ<br><br>Defendants. | CASE NO. 2:26-cr-00143-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: November 3, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on November 3, 2026.

2. By this stipulation, defendants now move to continue the status conference until **February 23, 2027, at 09:00 a.m.**, and to exclude time between November 3, 2026, and February 23, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes at least approximately 501 pages of investigative reports, text message communications, photographs, and other evidence, as well as hundreds of audio and video recordings, many of which are in the Spanish language. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to review this discovery, consult with their clients regarding their potential responses to the charges, conduct factual investigation and legal research, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2026 to February 23, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 27, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: October 27, 2026

/s/ Philip Cozens
Philip Cozens
Counsel for Defendant
JUAN CARLOS VILLEGAS-FLETES

Dated: October 27, 2026

/s/ Michael E. Hansen
Michael E. Hansen
Counsel for Defendant
JESSE ALBERT SANCHEZ

**ORDER**

IT IS SO ORDERED.

Dated: October 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE